RECEIVED

JUN 0 4 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| EDWARD TROTTER | CIVIL ACTION NO. 07-cv-2088 |
| VERSUS | JUDGE STAGG |
| WARDEN LOUISIANA STATE PENITENTIARY | MAGISTRATE JUDGE HORNSBY |

## J U D G M E N T

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus is **granted** as follows: Petitioner's conviction, and related enhanced sentence, for possession of Schedule II CDS (cocaine) is vacated and set aside. The State of Louisiana is ordered to release Petitioner from custody based on that conviction unless the State grants Petitioner a new trial within 120 days from the date this judgment is signed.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _4th_ day of _June_, 2010.

TOM STAGG
UNITED STATES DISTRICT JUDGE